UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA T. WILSON,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | Civil No. 05cv1826-BEN(RBB)<br><br>ORDER DIRECTING MARSHAL TO<br>EFFECT SERVICE OF PROCESS |

On September 21, 2005, Plaintiff Linda T. Wilson filed a Complaint [doc. no. 1] seeking review of the Social Security Commissioner's denial of Plaintiff's claim for disability insurance benefits. Wilson was granted leave to proceed in forma pauperis on March 22, 2006 [doc. no. 3].

Because Plaintiff is proceeding in forma pauperis, she is entitled to have the summons and Complaint in her case served by the United States Marshal. Puett v. Blandford, 912 F.2d 270, 273 (9th Cir. 1990) (citing Romandette v. Weetabix Co., 807 F.2d 309, 310 n.1 (2d Cir. 1986); see also Fed. R. Civ. P. 4(c)(2)(B)(i).

1  The "officers of the court shall issue all service of process."  28
2  U.S.C. § 1915(a)(1).
3       Therefore, the United States Marshal shall serve a copy of the
4  Complaint, summons, and Order Granting <u>In</u> <u>Forma</u> <u>Pauperis</u> Status
5  upon Defendant as directed by Plaintiff on U.S. Marshal Form 285.
6  <u>See</u> <u>id.</u> § 1915(d).  All costs of service shall be advanced by the
7  United States.
8       Plaintiff shall serve on Defendant or, if appearance has been
9  entered by counsel, on Defendant's counsel, a copy of every further
10 pleading or document submitted for consideration by the Court.
11 Plaintiff shall include with the original paper to be filed with
12 the Clerk of Court a certificate stating the manner in which a true
13 and correct copy of any document was served on Defendant or counsel
14 for Defendant and the date of service.
15      **IT IS SO ORDERED.**
16 
    DATED:  February 28, 2007                _____
17                                            Ruben B. Brooks
                                              United States Magistrate Judge
18 
    cc:  Judge Benitez
19      All Parties